IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TIFFANY BISSELL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 6:19-CV-00394-ADA-JCM |
| § | |
| BANK OF AMERICA, N.A. and § | |
| TRANSUNION LLC, § | |
| § | |
| Defendants. § | |

## SCHEDULING ORDER

On September 18, 2019 the Court conducted a conference in the above-entitled and numbered case. All parties appeared through counsel. As a result of such hearing, and pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| September 18, 2019 | Discovery commences on all issues. |
| January 24, 2020 | A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before this date. |
| January 17, 2020 | All motions to amend pleadings or to add parties shall be filed on or before this date. |
| April 24, 2020 | Fact Discovery Deadline. Any fact discovery requests must be propounded so that the responses are due by this date. |
| February 14, 2020 | The parties shall mediate this case on or before this date, unless the parties seek an order from the Court excusing them from mediation. |
| October 9, 2019 | The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before this date. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial. |

| | |
|---|---|
| October 18, 2019 | Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" |
| December 16, 2019 | Parties with burden of proof to designate Expert Witnesses and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). |
| November 8, 2019 | Each opposing party shall respond, in writing, to the written offer of settlement made by the parties asserting claims for relief by this date. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial. |
| January 13, 2020 | Parties shall designate Rebuttal Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). |
| February 13, 2020 | Expert Discovery Deadline. |
| | Any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 14 days of receipt of the written report of the expert's proposed testimony or not later than 14 days of the expert's deposition, if a deposition is taken, whichever is later. **The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702** |
| May 6, 2020 | All dispositive motions shall be filed and served on all other parties on or before this date and shall be limited to 25 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion. |
| September 21, 2020 | By this date the parties shall meet and confer to determine pre-trial deadlines, including, *inter alia*, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives. |
| September 28, 2020 | By this date the parties shall exchange a proposed jury charge and questions for the jury. By this date the parties will also exchange draft Motions in Limine to determine which may be agreed. |

| | |
|---|---|
| October 1, 2020 | By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. By this date the parties shall also submit to the Court their Motions in Limine. |
| October 5, 2020 | By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, identification of witnesses, trial schedule provisions, and all other pertinent information. By this date the parties will also submit to the Court their oppositions to Motions in Limine. |
| October 22, 2020 at 10:30 a.m. | Final Pre-Trial Conference. |
| November 9, 2020 at 9:00 a.m. | Jury Trial Commences |

**SIGNED** this 18th day of September, 2019.

_____
THE HONORABLE JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TIFFANY BISSELL, | § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:19-CV-00394-ADA-JCM |
| BANK OF AMERICA, N.A. and TRANSUNION LLC, | § § § § | |
| Defendants. | § | |

### NOTICE AND STATEMENT REGARDING CONSENT
### TO UNITED STATES MAGISTRATE JUDGE

**Notice of a magistrate judge's availability.** A United States Magistrate Judge is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent. You may consent to have your case referred to a magistrate judge or you may withhold your consent without adverse substantive consequences.

**Statement regarding consent.** The following parties **DO / DO NOT**[1] consent to the jurisdiction of the United States Magistrate Judge to conduct all proceedings in this case including trial proceedings, entry of judgment, and post-trial proceedings.

| Party: | Representative's Signature | Date: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

[1] Circle one.