UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TIFFANY BISSELL,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and TRANSUNION, LLC<br><br>Defendants. | Case No. 6:19-cv-00394-ADA-JCM<br><br>Honorable Judge Alan D. Albright |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that TIFFANY BISSELL ("Plaintiff"), hereby notifies the Court that the Plaintiff and the Defendant, BANK OF AMERICA, N.A., only, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 27th day of September 2019.

Respectfully submitted,

*s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone: (630) 575-8181
thatz@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
